| | |
|---|---|
| 1 | Patrick T. Derksen (State Bar I.D. No. 023178)<br>**WITTHOFT DERKSEN, P.C.** |
| 2 | 3550 North Central Avenue, Suite 1006<br>Phoenix, Arizona 85012 |
| 3 | Telephone: (602) 680-7332<br>Facsimile: (602) 357-7476 |
| 4 | Email: pderksen@wdlawpc.com |
| 5 | Attorneys for Trustee, Jill H. Ford |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LAVERN L. ARCHER, | ) | Case No. 2:17-bk-00804-DPC |
| | ) | |
| Debtor. | ) | **MOTION FOR RULE 2004** |
| | ) | **EXAMINATION OF LAVERN L.** |
| | ) | **ARCHER** |
| | ) | |

The Chapter 7 trustee, Jill H. Ford ("Trustee"), by and through her attorneys, Witthoft Derksen, P.C. ("Witthoft Derksen"), submits this motion for an order directing the debtor LaVern L. Archer ("Debtor") to submit to an oral examination pursuant to Bankruptcy Rule 2004(d). The Trustee seeks to examine the Debtor as to [his] acts, conduct, property, financial condition and matters which effect the administration of the estate and the Debtor's right to a discharge.

The Trustee requests that the Debtor bring to the Rule 2004 examination all documents or records evidencing the Debtor's financial condition at the time of bankruptcy, and for two years preceding bankruptcy, including all documents listed in **Exhibit A** attached hereto and incorporated herein by this reference.

The Trustee requests that the examination be conducted at the offices located at 3550 North Central Avenue, Suite 1006, Phoenix, Arizona 85012. It is believed that the Debtor currently resides within 100 miles from the place of examination.

WHEREFORE, the Trustee requests that the Debtor be ordered to appear for examination, pursuant to Bankruptcy Rule 2004, at the offices of:

Patrick T. Derksen
WITTHOFT DERKSEN, P.C.
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012

The Trustee further requests the Court order Debtor to deliver those documents described in Exhibit A attached to this Motion at least seven days prior to the examination to Witthoft Derksen. The Trustee requests the examination be at a time mutually agreeable to the parties or, if upon notice, after not less than 28 days' notice, and the request for production of documents is to be scheduled on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' notice.

Dated this 29th day of August, 2017.

**WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen       #023178
Patrick T. Derksen
Attorneys for Jill H. Ford, Trustee

| | |
|---|---|
| 1 | Copy of the foregoing *emailed/mailed |
| 2 | this 29th day of July, 2017, to: |
| 3 | *Larry Watson, Esq. |
| 4 | United States Trustee's Office |
|   | 230 N. First Avenue, Suite 204 |
| 5 | Phoenix, Arizona  85003-1706 |
|   | Larry.Watson@usdoj.gov |
| 6 | |
| 7 | *Jill H. Ford |
|   | P. O. Box 5845 |
| 8 | Carefree, Arizona  85377 |
| 9 | Chapter 7 Trustee |
|   | jford@trustee.phxcoxmail.com; AZ31@ecfcbis.com |
| 10 | |
| 11 | LaVern L. Archer |
|    | 13316 N. 87th Dr. |
| 12 | Peoria, AZ  85381-6132 |
|    | Debtor |
| 13 | |
| 14 | *Warren J. Stapleton |
|    | Osborn Maledon |
| 15 | 2929 N. Central Ave., Ste. 2100 |
| 16 | Phoenix, AZ  85012 |
|    | Attorneys for Debtor |
| 17 | wstapleton@omlaw.com |
| 18 | |
| 19 | |
| 20 | /s/ Aimee Bourassa |

# EXHIBIT A

## DEFINITIONS

The following definitions apply to all requests contained herein:

A.     "Petition Date" means January 27, 2017.

## DOCUMENTS TO BE PRODUCED

Trustee requests LaVern Archer ("Debtor") produce the following documents and information:

1.     The statement for Bank of America account ending in -3674 for the period commencing January 24, 2017.

2.     All statements for the "SSI Account" for the six months prior to and including the Petition Date.

3.     All statements for the Bank of America "ESA Scholarship" account for the six months prior to and including the Petition Date.

4.     Copies of Debtor's 2016 Federal and State Income Tax Returns (including all supporting documents and attachments).

5.     A mortgage payoff statement for Debtor's real property as of the Petition Date.